EXHIBIT "C"

BLANK ROME LLP
Attorneys for Diane Davis
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Michael Z. Brownstein
Scott F. Budzenski

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re:                                                  :
                                                        : Case No. 10-16722 (SCC)
TREVOR P. DAVIS,                                        :
                                                        : Chapter 11 Case
           Debtor.                         :
------------------------------------------------------- x

**ORDER GRANTING MOTION OF DIANE DAVIS SEEKING ENTRY OF AN ORDER
(I) PURSUANT TO 11 U.S.C. §§ 1104(a)(1) AND (a)(2) DIRECTING THE
APPOINTMENT OF A CHAPTER 11 TRUSTEE, (II) ESTABLISHING A BUDGET FOR
THE DEBTOR AND (III) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11
U.S.C. § 362(d)(1) TO PERMIT THE MATRIMONIAL ACTION TO PROCEED
<u>TO JUDGMENT ON ALL ISSUES</u>**

Upon the Motion[1] of Diane Davis seeking entry of an order (i) pursuant to sections 1104(a)(1) and (a)(2) of the Bankruptcy Code directing the appointment of a chapter 11 trustee to manage and oversee the Debtor's estate, (ii) establishing a budget for the Debtor to halt the rapid dissipation of assets and (iii) modifying the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code to permit the Matrimonial Action to proceed to judgment on all issues, including equitable distribution, with enforcement to take place in this Court during the pendency of this case; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

---

[1] Capitalized terms used but otherwise not defined herein shall have the meaning ascribed to such terms in the Motion.

130664.00601/7007240v.2

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances, and it appearing that no other further notice need be provided; and the relief requested being in the best interest of the Debtor and its estate and creditors; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Office of the United States Trustee is directed to immediately appoint a Chapter 11 Trustee pursuant to section 1104(a) of the Bankruptcy Code, and file a motion with the Court seeking approval of the same; and it is further

ORDERED that upon appointment, the Chapter 11 Trustee shall immediately establish and file with this Court a reasonable budget for the Debtor; and it is further

ORDERED that the Stipulation annexed to the Motion as Exhibit "A" is hereby approved in all respects; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: New York, New York
April __, 2011

                                                                HONORABLE SHELLEY C. CHAPMAN
                                                                UNITED STATES BANKRUPTCY JUDGE